| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Strand, Leonard T. | 2. Court or Organization U.S. District Court, Northern District of Iowa | 3. Date of Report 5/8/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge, Full-Time | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address 320 Sixth Street, Room 104 Sioux City, IA 51101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1996 | Simmons Perrine Moyer Bergman PLC 401(k) Profit Sharing Plan. Managed by a third-party. I continue to have funds invested in the plan. No control. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strand, Leonard T. | 5/8/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Mercy Medical Center, Sioux City, Iowa. Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Iowa College of Law | April 10-11, 2014 | Iowa City, IA | Guest Lecture to law school class | Transportation, meals, hotel |
| 2. | Iowa State Bar Association | December 11-12, 2014 | Des Moines, IA | Speak at seminar | Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strand, Leonard T. | 5/8/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Card Services | Credit cards - paid in full each month. | J |
| 2. | Sallie Mae | Student loans for daughter's and son's college education. | L |
| 3. | Citi Bank | Credit card - paid in full each month | J |
| 4. | Nelnet | Student loads for son's college education | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strand, Leonard T. | 5/8/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Simmons Perrine Moyer Bergman PLC 401(k) Profit Sharing Plan | E | Int./Div. | O | T | | | | | |
| 2. - Baron Small Cap Mutual Fund | | | | | Sold | 01/06/14 | L | C | |
| 3. - Cohen & Steers Realty Shares Mutual Fund | | | | | | | | | |
| 4. - Delaware Diversified Income Fund | | | | | Buy | 01/06/14 | M | | |
| 5. - DFA US Core Equity 1 | | | | | | | | | |
| 6. - Doubleline Total Return Bond Mutual Fund | | | | | Buy | 01/06/14 | M | | |
| 7. - Driehaus Emerging Mkts | | | | | Sold | 01/06/14 | K | C | |
| 8. - Heartland Select Value Mutual Fund | | | | | Sold | 01/06/14 | L | C | |
| 9. - Intrepid Small Cap Mutual Fund | | | | | Buy | 01/06/14 | L | | |
| 10. - Pioneer Fundamental Growth A Mutual Fund | | | | | | | | | |
| 11. - First Eagle Overseas A Mutual Fund | | | | | | | | | |
| 12. - Thornburg International Value Mutual Fund | | | | | Sold | 01/06/14 | K | C | |
| 13. - Yacktman Focused Fund Service Mutual Fund | | | | | | | | | |
| 14. - TCW Dividend Focused N | | | | | Sold | 01/06/14 | K | C | |
| 15. Iowa 529 College Savings Plan Accounts | A | Int./Div. | K | T | | | | | |
| 16. - Vanguard Total Bond Market II Index Mutual Fund | | | | | | | | | |
| 17. - Vanguard Institutional Total Stock Market Index Mutual Fu | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strand, Leonard T. | 5/8/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Vanguard Total International Stock Index Mutual Fund | | | | | | | | | |
| 19. Fidelity IRA | D | Dividend | M | T | | | | | |
| 20. - Fidelity Capital & Income Mutual Fund | | | | | Buy (add'l) | 10/28/14 | J | | |
| 21. Capitol One 360 (formerly ING Bank) Savings Account | A | Interest | L | T | | | | | |
| 22. Bankers Trust Cedar Rapids Checking & Savings Accounts | A | Interest | K | T | | | | | |
| 23. Mercy Hospital 401(k) Plan | A | Int./Div. | J | T | | | | | |
| 24. - Oppenheimer Developing Markets A Mutual Fund | | | | | Sold | 10/28/14 | J | A | |
| 25. - T. Rowe Price Small Cap Value Mutual Fund | | | | | Sold | 10/28/14 | J | A | |
| 26. Higher One, Inc. New Haven, CT Student Checking Account | | None | J | T | | | | | |
| 27. Hills Bank Iowa City, IA Student Checking Account | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Strand, Leonard T. | 5/8/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Leonard T. Strand**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544